UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MACHISA DESIGN SERVICES, INC. et al.,

    Plaintiffs,

    v.

THE BOARD OF EDUCATION OF
THE SCHOOL DISTRICT OF THE CITY
OF COLUMBUS, et al.,

    Defendants.

Case No. 2:12-cv-838
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## OPINION AND ORDER

For good cause shown, the Court **GRANTS** the parties' Joint Motion to Dismiss, with Prejudice, URS Corporation Design as a Party. (Doc. No. 33.) The Clerk is **DIRECTED** to **TERMINATE** URS Corporation Design as a party.

**IT IS SO ORDERED.**

_11-29-2012_
DATE

_/s/ Edmund A. Sargus, Jr._
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE